IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION (CLEVELAND)

| | | |
|---|---|---|
| RICHARD THOMAS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Civil Action No.: 1:20-cv-02596-PAG |
| v. | ) | |
| | ) | Mag. Judge William H. Baughman, Jr. |
| VITRO AUTOMOTIVE GLASS d/b/a PITTSBURGH GLASS WORKS, LLC, | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | ELECTRONIC FILING |

## ORDER OF COURT

AND NOW, this  15th  day of  October , 2021, pursuant to the joint request of the parties, IT IS ORDERED that Civil Action No. 1:20-cv-02596-PAG is hereby dismissed with prejudice.  Each side to bear its own costs and attorneys' fees.

_____
United States Magistrate Judge